# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

**Victor ALEJO-Hernandez**

## CRIMINAL COMPLAINT

Case Number:  C-09- 488m

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about _____**June 3, 2009**_____ in _____**Brooks**_____ County, in the

(Date)

Southern    District of    Texas    defendant,    **Victor ALEJO-Hernandez**

a native and citizen of Mexico, and an alien who had been previously deported from the United States, was discovered to be within the United States near Hebbronville, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title _____**8**_____ United States Code, Section(s) _____**1326**_____ .

I further state that I am a(n) _____**Special Agent**_____ and that this complaint is based on the

Official Title

following facts:

On June 3, 2009, at approximately 0817 hours, U.S. Border Patrol Agents from the Hebbronville Station encountered Victor ALEJO-Hernandez approximately 20 miles east of Hebbronville, Texas, near Highway 285, within Brooks County. During an immigration inspection, ALEJO-Hernandez free and voluntarily admitted that on May 25, 2009, he illegally entered the U.S. by swimming across the Rio Grande River.  Immigration records checks revealed ALEJO-Hernandez was previously ordered removed from the United States by an Immigration Judge on January 18, 1995, in San Ysidro, CA, and was removed Mexico on January 19, 1995.  ALEJO-Hernandez deportation order was reinstated multiple times the latest being October 20, 2006, from Laredo, Texas. At this time, no evidence has been discovered indicating ALEJO-Hernandez made application with the Attorney General or the Secretary of the Department of Homeland Security to enter the United States.

Signature of Complainant

**Justin Hausman**

Printed Name of Complainant

Sworn to before me and signed in my presence, *and probable cause found*

_____**June 4, 2009**_____          at          _____**Corpus Christi, Texas**_____

Date                                                                   City and State

**Brian L. Owsley  U.S. Magistrate Judge**

Name and Title of Judicial Officer                               Signature of Judicial Officer